IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


STEVE SHELTON, et al.,                        )
                                              )
        Plaintiffs,                           )
                                              )    Case No.  3:09-0318
v.                                            )    Consolidated with:
                                              )
RUTHERFORD COUNTY, TENNESSEE,                 )
et al.,                                       )
                                              )
        Defendants.                           )
and

RUTHERFORD PROPERTY OWNERS, LLC,              )
and BPU HOLIDNGS, LLC,                        )
                                              )
        Plaintiffs,                           )
                                              )
v.                                            )    Case No. 3:09-0413
                                              )
RUTHERFORD COUNTY, TENNESSEE,                 )
et al.,                                       )
                                              )
        Defendants.                           )


## ORDER

On April 14, 2010 the Court entered an Order granting P. Edward Schell permission to withdraw as

attorney of record for Plaintiffs Rutherford Property Owners, LLC and BPU Holdings, LLC and giving them until

April 30, 2010 to obtain new counsel and enter an appearance.  New counsel had not entered an appearance

by April 30, 2010, and on May 6, 2010 the Court entered another Order giving Plaintiffs Rutherford Property

Owners, LLC and BPU Holdings, LLC until May 14, 2010 to obtain new counsel and enter an appearance.

New counsel have not entered an appearance.

Plaintiffs Rutherford Property Owners, LLC and BPU Holdings, LLC consolidated case No. 3:09-cv-

0413 is **DISMISSED** for failure to prosecute.

It is so **ORDERED.**

_____
THOMAS A. WISEMAN, JR.
SENIOR U.S. DISTRICT JUDGE